UNITED STATES DISTRICT COURT
For the
Civil District of Alaska
Fairbanks Division

Marcusazia Chambers
(AKA) Apollo Knight
Fairbanks Correctional Center
1931 Eagan Avenue
Fairbanks, Alaska
(907) 451-3097
— No Email Available —
_____
Plaintiff(s)

Fairbanks Police Dept.
Alaska Ofc. Sori
In their official
Capacity
_____
Defendant(s)

Case No. _____

≈ Civil Suit
(AKA) Lawsuit

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

( Complaint )

RECEIVED
MAR 13 2025
Clerk, U.S. District Court
Fairbanks, AK

District Court Fairbanks Lawsuit
Case No. _____
Case Name. _____

On or about 2/12/2024 ofc. Sori of the Fairbanks Police Department did and knowingly committed perjury in a complaint on Fairbanks Police Report Number 24000416.

This claim did hinder an investigation, was unnecesary and, was never corrected.

I'm requesting Ten-Thousand Dollars as this claim was used in various documents to halt, remove my rights to properly engage my case fully and, it proved a distraction when it did not have to ~~be~~.

X [signature]

Marcus Zaria Chambers #741415
Fairbanks Correctional Center
1931 Eagan Avenue
Fairbanks, Alaska
99701-5703

LEGAL

United States District Court
101 12th Avenue
Fairbanks, Alaska, 99701

ALASKAN FRONTIER 995
10 MAR 2025
FP US POSTAGE $000.69
First-Class - IMI
ZIP 99701
03/10/2025
036B 0011827801

RECEIVED
MAR 13 2025
Clerk, U.S. District Court
Fairbanks, AK

99701-624599